# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:17-CR-00188 |
| v. | (MANNION, J.)<br>(SAPORITO, M.J.) |
| CHARLES GIBSON, JR., | |
| Defendant. | |

## ORDER

AND NOW, this 27th day of May, 2020, in accordance with the accompanying Memorandum of this date, IT IS HEREBY ORDERED that the defendant's motion for reopening of detention hearing and release (Doc. 691 (sealed)) is DENIED.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: May 27, 2020